ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --                              )
                                           )
Washington Group/Alberici Joint Venture    )    ASBCA Nos. 57047, 57278, 57399
                                           )
Under Contract No. W912QR-04-C-0004        )

APPEARANCES FOR THE APPELLANT:          Mark J. Meagher, Esq.
                                        Arash Heidarian, Esq.
                                          McKenna Long & Aldridge LLP
                                          Denver, CO

APPEARANCES FOR THE GOVERNMENT:         Thomas H. Gourlay, Jr., Esq.
                                          Engineer Chief Trial Attorney
                                        Deena G. Braunstein, Esq.
                                          Engineer Trial Attorney
                                          U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The parties have settled the above-captioned appeals. Accordingly, they are dismissed with prejudice.

Dated: 11 February 2014

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 57047, 57278, 57399, Appeals of Washington Group/Alberici Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals